# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                CASE NO. 8:05-CR-498-T-17-MSS

ROBERT M. MORRISON
_____/

## ORDER

     This cause comes before the Court on the defendant's motion to correct oversight and error of admission in record under Rule 36 (Docket No. 802) and responses from the government and the United States Probation Office (Docket No. 817). The Court agrees with the responses. Accordingly, it is.

     **ORDERED** that defendant's motion to correct oversight and error of admission in record under Rule 36 (Docket No. 802) be **denied** and the government's response be incorporated by reference herein.

     **DONE AND ORDERED** in Chambers in Tampa, Florida this 9th day of February, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record